**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
KARL E. GARY et al.,          )
                              )
        Plaintiff,            )
                              )
            v.                ) Civil Action No. 05-1438
                              ) Judge Cercone
THE BRADDOCK CEMETERY,        ) Magistrate Judge Caiazza
CONSOL ENERGY, CNX COAL,      ) In Re: Docs. 4,6
                              )
        Defendants.           )
```

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Plaintiff shall file a response to Defendant Consol Energy and CNX Coal's Motion for Sanctions (Doc. 4) and brief in support by December 20, 2005.

Considering the depth and length of counsel's submissions, all interested parties shall submit the to the court in letter form a summary of their respective position with respect to the Motion for Sanctions by December 27, 2005. The summaries shall not exceed five pages.

Finally, the Plaintiff shall file a response to Defendant Consol Energy and CNX Coal's Motion to Dismiss (Doc. 6) and brief in support by January 5, 2005.

1

December 6, 2005          <u>s/Francis X. Caiazza</u>
                          Francis X. Caiazza
                          U.S. Magistrate Judge


cc:
C. William Kenny, Esq.
Louis Tarasi,Jr., Esq.
Rodger L. Puz, Esq.
Joseph Katarincic, Esq.