IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KARL E. GARY, OSCAR R. IAMS, )
SHIRLEY J. IAMS, CHARLES W. )
PHILLIPS, DAVID HIGGENBOTHAM, )
JUDITH HIGGENBOTHAM, MARY )
ANN NEELY, CHARLES AMBROSE )
WHITLATCH, JR., DEBRA ANN )
WHITLATCH, DONALD WHITLATCH, )
FRANCIS E. WHITLATCH, HENRY )
ABNER WHITLATCH, NORMA )
JEAN WHITLATCH, ROBERT )
PHILLIPS, WILLIAM H. WHITLATCH, )
KATHY L. WHITLATCH, ALFRED R. )
CHAMBERS AS POWER OF )
ATTORNEY FOR GARY J. PIERSON, )
ALFRED R. CHAMBERS, JR., )
ALFRED R. CHAMBERS AS POWER )
OF ATTORNEY FOR WINIFRED J. )
PIERSON, PAUL R. PHILLIPS, )
BARBARA SWARTZMILLER, )
CHARLES E. WHITLATCH, PATRICIA )
WHITLATCH, NETTIE PHILLIPS )
MORRIS, EDNA PHILLIPS SCHRADER, )
VIRGINIA KENNEDY, HELEN KELLY, )
MARY THORNE and KENNETH L. )
PHILLIPS, )
)
      Plaintiffs, )
)
vs. ) 2:05cv1438
) **Electronic Filing**
THE BRADDOCK CEMETERY, and )
CONSOL ENERGY, the successor ) Judge Cercone
and/or assign of RHEINBRAUN ) Magistrate Judge Caiazza
U.S. CORPORATION, and CNX )
COAL, the successor and/or assign )
of CONSOL PENNSYLVANIA COAL )
COMPANY, )
)
      Defendants. )

## MEMORANDUM ORDER

On November 3, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 17, 2006, the magistrate judge issued a Report and Recommendation (Document No. 31) recommending that the District Court grant the Defendants' Motion to Dismiss (Document No. 28). Service of the Report and Recommendation was made on all parties. Objections (Document No. 32 )were filed on June 2, 2006. Responses were filed by the Braddock Cemetery (Document No. 33) and by defendants Consol Energy, and CNX Coal (Document No. 34), on June 12, 2006. In these documents, the parties largely restate arguments made in their briefs.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto and responses, the following Order is entered:

AND NOW, this 26th day of June, 2006, IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss is granted, and the Report and Recommendation of Magistrate Judge Caiazza dated May 17, 2006, is hereby adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc:   Honorable Francis X. Caiazza
      Chief United States Magistrate Judge

      Louis M. Tarasi, Jr., Esquire
      C. William Kenny, Esquire
      Tarasi, Tarasi & Fishman
      510 Third Avenue
      Pittsburgh, PA 15219

      Rodger L. Puz, Esquire
      Dickie, McCamey & Chilcote
      Two PPG Place
      Suite 400
      Pittsburgh, PA 15222-5402

      Joseph A. Katarincic, Esquire
      Thorp, Reed & Armstrong
      301 Grant Street
      One Oxford Centre, 14th Floor
      Pittsburgh, PA 15222-4895